ABC PROCESS SERVICE INC.
Attorney:
MCDERMOTT & RADZIK, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREWSTER WALLPAPER CORPORATION

(PLAINTIFF)

against

M.V. "MSC GREECE", HER ENGINES, BOILERS, ETC., ETAL;  (DEFENDANT)

Index No __2180/08__

Date Filed __03/05/2008__
Office No __DM64-08-869B__

STATE OF NEW YORK, COUNTY OF NEW YORK     SS:

ROBERT CRANDALL     being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the  18  day of  March  2008 at  5:42 PM, at

420 FIFTH AVE; NEW YORK, NY 10018

he served the annexed SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT

upon MEDITERRANEAN SHIPPING CO., INC.

in this action, by delivering to and leaving with said  MR. TONY GARCIAL, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex __MALE__   Color __BROWN__  Hair __BLACK__ app.age __28 YRS__ app.ht __5'8"__ app.wt __200 LBS__

MUSTACHE, BEARD

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said  SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT.

SWORN to before me this __24__

day of __March  2008__

ROBERT CRANDALL
License No.:  0955171                    :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683327
Qualified in New York County
Commission Expires Feb 2, 2011