ABC PROCESS SERVICE INC.
Attorney:
MCDERMOTT & RADZIK, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREWSTER WALLPAPER CORPORATION                    (PLAINTIFF)

against

M.V. "MSC GREECE", HER ENGINES, BOILERS, ETC., ETAL    (DEFENDANT)

Index No   2180/08

Date Filed   03/05/2008
Office No DM64-08-869

**STATE OF NEW YORK, COUNTY OF NEW YORK**           SS:

ROBERT CRANDALL       being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the   18   day of March   2008 at   4:08 PM , at

600 THIRD AVE, 21 FL;NEW YORK, NY 10016

he served the annexed  SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT

upon UPS OCEAN FREIGHT SERVICES, INC.

in this action, by delivering to and leaving with said  MR. MARK, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the
time and circumstances of service as follows:

1. Sex  MALE         Color BLACK  Hair BLACK  app.age 30 YRS  app.ht 6'1    app.wt 180 LBS

MUSTACHE

DEPONENT FURTHER SAYS, that   he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said  SUMMONS IN A CIVIL CASE & VERIFIED COMPLAINT.

SWORN to before me this   24

day of   March   2008

ROBERT CRANDALL
License No.:   0955171                           :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4480271
Qualified in New York County
Commission Expires Feb 2, 2011