UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BREWSTER WALLPAPER CORPORATION,

                                                 Plaintiff,

    -against-

M/V "MSC GREECE", her engines, boilers, etc.,
and UPS OCEAN FREIGHT SERVICES, INC.,
and MEDITERRANEAN SHIPPING CO., INC.,

                                              Defendants.

----------------------------------------------------------X

**VOLUNTARY DISCONTINUANCE PURSUANT TO FRCP 41(a)**

08 CV 2180 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

     **IT IS HEREBY STIPULATED** that this action is hereby discontinued with prejudice, without costs to any party as against any other, without prejudice to reopen within 60 days if payment is not received by plaintiff.

Dated: New York, New York
          May 9, 2008

_____
U.S.D.J.

CONSENT

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
BREWSTER WALLPAPER CORPORATION

By: _____
William R. Connor (WC-4631)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400